**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **EDWARD CONDE,**<br>*on behalf of himself and others similarly situated,*<br><br>**Plaintiff,**<br><br>- against -<br><br>**BUGGIE DOWN SHOP CORPORATION,**<br>**BUGGI DOWN 1 SHOP CORPORATION, and**<br>**TAHA AHMED ABOZAYD,**<br><br>**Defendants.** | **Case No.: 1:25-cv-2949**<br><br>**DEFAULT JUDGMENT** |

This action having been commenced by Plaintiff EDWARD CONDE on April 9, 2025, by the filing of a Complaint, and a First Amended Collective Action Complaint filed on August 21, 2025. Defendants, BUGGIE DOWN SHOP CORPORATION, BUGGI DOWN 1 SHOP CORPORATION and TAHA AHMED ABOZAYD, having been timely served with an Amended Summons and First Amended Collective Action Complaint, with proof of service being filed on October 10, 2025, and having not responded to the First Amended Collective Action Complaint, it is

ORDERED, ADJUDGED AND DECREED, that Plaintiff, EDWARD CONDE, has judgment against Defendants BUGGIE DOWN SHOP CORPORATION, BUGGI DOWN 1 SHOP CORPORATION and TAHA AHMED ABOZAYD, jointly and severally, for unpaid wages in the amount of $57,425.48, New York State liquidated damages in the amount of $57,425.48, statutory penalties pursuant to the Wage Theft Prevention Act in the amount of $10,000.00, with interest at 9% from February 2, 2023, up to the date of judgment, amounting to

$14,131.39; plus attorney fees and costs in the amount of $8,145.00, amounting in all to $147,127.34.

Dated: New York, New York

December 2, 2025

Hon. Edgardo Ramos, U.S.D.J.